**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1369**

---

REGINALD LEE,

                              Plaintiff - Appellant,

     versus

MARTIN O'MALLEY, Baltimore City Mayor; SHEILA
DIXON, President, Baltimore City Council;
KEVIN CLARK, former Baltimore City Police
Commissioner; THE BALTIMORE CITY POLICE
DEPARTMENT; DAVE GREEN, Officer; JANE DOE,
Officer; DORA DOE, Officer; DONNA DOE, in
their individual and official capacities,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Richard D. Bennett, District Judge.
(1:06-cv-01039-RDB)

---

Submitted: September 24, 2007     Decided: October 5, 2007

---

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Reginald Lee, Appellant Pro Se. William Rowe Phelan, Jr.,
BALTIMORE CITY LAW DEPARTMENT, Baltimore, Maryland; Patrick Donald
Sheridan, BALTIMORE POLICE DEPARTMENT, Baltimore, Maryland, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Lee appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Lee v. O'Malley</u>, No. 1:06-cv-01039-RDB (D. Md. Mar. 16, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>